STATE OF NEW JERSEY v. JOHN SARAPUCIELLO.

September 8, 1976.  Cross-Petition for certification denied.

STATE OF NEW JERSEY v. GERALD J. COHEN.

September 8, 1976.  Petition for certification denied.

IN RE: BERNARD GARBER.

September 20, 1976.  Petition for certification denied. (See 141 *N. J. Super.* 87)

ANTHONY ANAYA v.
TOWNSHIP OF VERNON, NEW JERSEY.

September 20, 1976.  Petition for certification denied. (See 139 *N. J. Super.* 409)

NEWTON E. MILLER v.
MUNICIPAL COUNCIL OF THE TOWNSHIP OF WAYNE.

September 20, 1976.  Petition for certification denied. (See 139 *N. J. Super.* 526)